HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AGRICULTURAL CONTRACTING SERVICES ASSOCIATION, dba AMERICAN LABOR ALLIANCE, MARCUS ASAY, and ANTONIO GASTELUM,<br><br>Defendants. | Case No. 1:19-cr-00003 DAD-BAM<br><br>**APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL**<br><br>S/C: 2/11/19<br>Time: 1:00 p.m.<br>Ctrm: 8<br>Judge: Hon. Barbara A. McAuliffe |

Defendant, Antonio Gastelum, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Defendant submits the attached Financial Affidavit as evidence of his inability to retain counsel. Defendant is charged by Indictment, filed January 10, 2019, with 18 U.S.C. §§ 1349 and 1341 – Conspiracy to Commit Mail Fraud (One Count), and 18 U.S.C. § 1341 – Mail Fraud (Eleven Counts).

On January 11, 2019, Attorney Steven Smith specially appeared for Charles Manock, with and on behalf of defendant for arraignment and plea on the Indictment. Defendant was advised of the charges and rights, waived reading, pled not guilty, and was ordered released on conditions. A status conference is currently set for February 11, 2019 at 1:00 p.m. in Courtroom

No. 8 before the Honorable Barbara A. McAuliffe, United States Magistrate Judge. Therefore, after reviewing defendant's Financial Affidavit, it is respectfully recommended that counsel be appointed.

Dated: February 5, 2019.

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: February 7, 2019

/s/ BMcAuliffe
HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge

*If the court later finds you are able to pay for counsel, you may be ordered to reimburse the court for the cost of court appointed counsel.*

/BAM/